UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JESSICA GRANT | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 22-11148-PBS |
| ONE PATRIOT PLACE, LLC, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL AS TO PLAINTIFF

SARIS, D.J.

In accordance with the parties Stipulation of Dismissal dated May 10, 2023 (Docket No. 43), it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice as to plaintiff, Jessica Grant.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: July 5, 2023